BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR.S-03-090 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS INDICTMENT** |
| v. | ) | **AS TO DEFENDANT** |
| | ) | **ROBERTO AGUAYO-BRISENO;** |
| ROBERTO AGUAYO-BRISENO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States hereby moves to dismiss the Indictment in this case against defendant Roberto Aguayo-Briseno only.  This defendant was one of ten persons named in the Indictment in this case.  He has been a fugitive since the case was indicted in 2003, is believed to be in Mexico (specific place unknown), and the government has no plan to extradite him.  Thus, it makes no sense to keep the case open and the arrest warrant(s) outstanding.  The motion is made pursuant to Rule 48(a), F.R.Crim.P.  It is also requested that any outstanding arrest warrant based on this Indictment or the Complaint underlying the Indictment be withdrawn.

Dated: July 29, 2010

BENJAMIN B. WAGNER
U.S. Attorney


by    /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

1

(Motion to Dismiss Indictment as to Defendant Roberto Aguayo-Briseno - by USA)

IT IS SO ORDERED,

this 30th day of July, 2010.

/s/ Edward J. Garcia

EDWARD J. GARCIA
Senior, U.S. District Judge

2